NOT FOR PUBLICATION (Doc. No. 1)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARVIN, | : | |
| Plaintiff, | : | Civil No. 15-644 (RBK) |
| v. | : | ORDER |
| CITY OF PHILADELPHIA, et. al. | : | |
| Defendants. | : | |

FILED
SEP 10 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 1); and

**IT APPEARING TO THE COURT** that Plaintiff's motion was incomplete; and

**IT IS HEREBY ORDERED** that the Clerk of the Court is to administratively terminate this action without filing the Complaint or assessing a filing fee; and

**IT IS HEREBY FURTHER ORDERED** that Plaintiff will be granted leave to re-open within **thirty (30)** days.

Dated: 9/8/2015

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge